Certificate Number: 11557-OHS-DE-029607789

Bankruptcy Case Number: 17-54578



11557-OHS-DE-029607789

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 20, 2017, at 7:32 o'clock AM MST, Andrea N. Thompson-Hashman completed a course on personal financial management given by internet by Academy of Financial Literacy, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Ohio.

Date: July 20, 2017          By:    /s/Phillip Eugene Day

                             Name:  Phillip Eugene Day

                             Title: Owner